IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHAWN HEANY | § |
| | § |
| | § |
| VS. | § |
| | § |
| 3-J RYAN INC., ACUREN INSPECTION INC. | § |
| AMERAPEX CORP., AMERAPEX EXPORT | § |
| CORP., AMERAPEX INT'L LLC, | § |
| AMERAPEX NDT LLC, ASTRA OIL | §   CAUSE NO. 4:18-cv-01272 |
| COMPANY, LLC DRESSER-RAND GROUP | § |
| INC., GENTECH CONSTRUCTION CO. LLC, | § |
| PASADENA REFINING SYSTEM, INC., | § |
| PETROBAS AMERICA INC., PETROBAS | § |
| INTERNATIONAL BRASPERTO B.V., PRSI | § |
| REAL PROPERTY HOLDINGS L.L.C. & PRSI | § |
| TRADING L.L.C., PRSI TRADING L.L.C. | § |
| STRESS ENGINEERING SERV. INC. & | § |
| TEAM INC. | § |

## DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Petrobras International Braspetro, B.V. ("PIB BV" or "Defendant"), pursuant to 28 U.S.C. §§ 1441(d), and without waiving any of its defenses, hereby gives notice of removal of this case from the 234th District Court, Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, and in support thereof, would show the Court as follows:

### I.
### BACKGROUND

1. On March 5, 2018, Plaintiff Shawn Heany filed a civil action against eighteen defendants in cause number 2018-14460 in the 234th District Court, Harris County, Texas. Pl.'s Orig. Pet. Plaintiff alleged that he was injured in an explosion on March 5, 2016, at the Pasadena

Refinery located in Pasadena, Texas.  Pl.'s Orig. Pet. at pp. 2-4.  The lawsuit alleges negligence and gross negligence against each of the defendants.  Pl.'s Orig. Pet. at pp. 7-10.

## II.
## VENUE

2. This Court occupies the district and division in which Plaintiff's lawsuit was filed. *See* 28 U.S.C. § 1446(a).

## III.
## BASIS FOR REMOVAL

3. A foreign state has an absolute right to remove any suit to which it is a party.  28 U.S.C. § 1441(d).  Removal is proper because 28 U.S.C. § 1441(d) expressly provides for the removal of this suit.  Defendant PIB BV is a "foreign state" as defined in 28 U.S.C. § 1603(a).

4. Because removal is proper under 28 U.S.C. § 1441(d), PIB BV need not obtain the consent of all other defendants before removing this case to federal court.  *Arango v. Guzman Travel Advisors Corp.*, 621 F.2d 1371, 1375-76 (5th Cir. 1980).

5. This Notice of Removal is being filed within thirty days of service of PIB BV and is therefore timely pursuant to 28 U.S.C. § 1446(b).  Even if untimely, 28 U.S.C. § 1441(d) provides that the time limitations in § 1446(b) may be enlarged at any time for cause shown.

## IV.
## JURY DEMAND

6. Plaintiff has demanded a jury in the state court action, but Plaintiff is not entitled to a jury trial in this Court.  U.S.C. § 1441(d).

## V.
## DOCUMENTS FILED WITH THIS NOTICE

7. Pursuant to Southern District of Texas Local Rule 81, PIB BV files the following documents with the Court:

Exhibit A       An index of matters being filed with this notice (pursuant to Local Rule 81.5);

Exhibit B       Plaintiff's Original Petition (pursuant to Local Rule 81.2);

Exhibit C       All answers filed by defendants in the case (pursuant to Local Rule 81.2);

Exhibit D       All executed process filed in the case (pursuant to Local Rule 81.1);

Exhibit E       One order signed by the state court judge (pursuant to Local Rule 81.3);

Exhibit F       The docket sheet in the state court case (pursuant to Local Rule 81.4);

Exhibit G       A list of all counsel of record, including addresses, telephone numbers, and parties represented in the state court case (pursuant to Local Rule 81.6); and

Exhibit H       A copy of the Notice of Removal to Federal Court to be filed with the state court.

## VI.
## CONCLUSION

BASED ON THE FOREGOING, Defendant Petrobras International Braspetro, B.V. removes this case from the 234th District Court, Harris County, Texas, to this Court.

Respectfully submitted,

HOLMAN FENWICK WILLAN (USA)

*/s/ Jerry Kimmitt*
GERARD J. KIMMITT, II
 Fed ID NO.    SBT No. 11427500
Jerry.Kimmitt@hfw.com
5151 San Felipe, Suite 400
Houston, Texas 77056
Telephone:    (713) 917-0888
Telefax:       (713) 953-9470
**ATTORNEY FOR DEFENDANT PETROBRAS INTERNATIONAL BRASPETRO, B.V.**

OF COUNSEL:
**HOLMAN FENWICK WILLAN (USA)**
Jeanie Tate Goodwin, Fed. ID No. 592456, TBN 24046949

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record via e-filing system, electronic mail and/or facsimile on this 23rd day of April 2018:

| | |
|---|---|
| Anthony Buzbee<br>Ryan Pigg<br>The Buzbee Law Firm<br>JP Morgan Chase Tower<br>600 Travis, Suite 7300<br>Houston, TX 77002<br>tbuzbee@txattorneys.com<br>rpigg@txattorneys.com<br>Attorneys for Plaintiff | Marc Wojciechowski<br>Wojciechowski & Associates, P.C.<br>17447 Kuykendahl Road Suite 200<br>Spring, TX 77379<br>marc@wojolaw.com<br>e-fileonly@wojolaw.com<br>Attorneys for Defendant<br>Stress Engineering Service, Inc. |
| Adam Allen<br>Clay M. White<br>White & Shaver<br>205 W. Locust Ave<br>Tyler, TX 75702<br>aallen@whiteshaverlaw.com<br>cwhite@whiteshaverlaw.com<br>Attorneys for Defendant<br>Acuren Inspection, Inc. | Damon Brinson<br>Bowman and Brooke LLP<br>2901 Via Fortuna Drive, Suite 500<br>Austin, TX 78746<br>Damon.Brinson@bowmanandbrooke.com<br>Attorney for Defendant<br>Dresser-Rand Group, Inc. |
| Jennifer Aufricht<br>Courtney Parecki<br>Thompson Coe<br>700 North Pearl Street, 25th Floor<br>Dallas, TX 75201<br>jaufricht@thompsoncoe.com<br>cparecki@thompsoncoe.com<br>Attorneys for Defendant<br>Gentech Construction Company, LLC | Andrew McKinney<br>Matthew Walker<br>Litchfield Cavo, LLP<br>One Riverway, Suite 1000<br>Houston, TX 77056<br>Mckinney@litchfieldcavo.com<br>walker@litchfieldcavo.com<br>Attorneys for Defendant<br>JV Industrial Companies, LTD. |

| | |
|---|---|
| Angela Bongat<br>Bryan Boyle<br>Lightfoot Franklin White LLC<br>1885 St. James Place Suite 1150<br>Houston, TX 77056<br>abongat@lightfootlaw.com<br>bboyle@lightfootlaw.com<br>Attorneys for Team Inc. | Bradley L. DeLuca<br>bdeluca@jdkglaw.com<br>Adam R. Diamond<br>adiamond@jdkglaw.com<br>Johnson, Deluca, Kurskey, Gould, PC<br>4 Houston Center 1221 Lamar, Suite 1000<br>Houston, Texas 77010<br>Attorneys for Amerapex Corporation, Amerapex Export Corporation, Amerapex International, LLC and Amerapex NDT, LLC |
| Beth W. Petronio<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>beth.petronio@klgates.com<br>Attorney for Astra Oil Company, LLC | Mitch Templeton<br>Templeton & Brinkley<br>2090 Broadway<br>Beaumont, Texas 77701<br>mtempleton@ctclaw.com<br>Attorney for Ketoni Safety Consultants, LLC |

          */s/ Gerard J. Kimmitt, II*
          GERARD J. KIMMITT, II